Case No. 25-1390

IN THE
UNITED STATES COURT OF APPEALS FOR THE
SEVENTH CIRCUIT

PAMELA KIBBONS,

        Plaintiff-Appellant,

v.

ANTHONY PELOSO and
BOARD OF EDUCATION OF
TAFT SCHOOL DISTRICT 90,

        Defendants-Appellees.

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division

No. 19-cv-01468

Sara L. Ellis,
*Judge*.

## ATTORNEY JOHN DEROSE'S RESPONSE TO COURT'S ORDER FOR RULE TO SHOW CAUSE

Now comes John P. DeRose of John P. DeRose & Associates, attorney for Plaintiff-Appellant, by and through his undersigned counsel, and respectfully responds to the Court's order for rule to show cause as follows:

1.      On December 12, 2025, this Court entered an order denying Plaintiff's appeal.  In addition, the Court ordered counsel for Plaintiff, John P. DeRose, to show cause why he should not be sanctioned or otherwise disciplined under Federal Rules of Appellate Procedure 28 and 38.  [Dkt. 57].  Undersigned counsel was recently retained by Mr. DeRose to represent him with respect to the Court's show cause order.

2. Mr. DeRose (82 years of age) has been a licensed attorney in the State of Illinois since 1968. During his 55-plus year career, Mr. DeRose has never been disciplined by the Illinois Attorney Registration & Disciplinary Commission or any other disciplinary body.

3. For over fifty years, Mr. DeRose has vigorously fought to protect his clients' interests. While Mr. DeRose still maintains the desire to continue advocating for his clients, his declining health no longer permits him to do so.

4. Regrettably, Mr. DeRose's declining health played a material factor in the quality of the briefs he filed in this appellate proceeding, which did not meet the standard Mr. DeRose set for himself throughout his career. Mr. DeRose apologizes to this Court for falling "short of the reasonable standards of practice," as this Court has already noted. [Dkt. 57 at p. 10]. Mr. DeRose has consistently acted in good faith and with the intent to diligently and zealously represent his client. Any procedural deficiencies were never intended to mislead, delay, or burden the Court.

5. In light of his declining health, Mr. DeRose has made the decision to retire immediately and will soon be advising the Illinois Attorney Registration & Disciplinary Commission of his intent to voluntarily relinquish his license to practice law. Mr. DeRose is involved in only two other pending lawsuits and will soon inform the courts in those matters of his intent to withdraw and retire.

6. In light of these unique circumstances, including Mr. DeRose's immediate retirement, age, and health and the significant sanctions already entered

against Mr. DeRose by the District Court, Mr. DeRose respectfully requests that the Court not issue any further sanctions in this matter.

WHEREFORE, attorney John P. DeRose of John P. DeRose & Associates respectfully requests that the Court refrain from entering any further sanctions.

Respectfully Submitted,

/s/ Ramses Jalalpour
Ramses Jalalpour
ARDC No. 6313128
Konicek & Dillon, P.C.
70 W. Madison St., Suite 2060
Chicago, IL 60602
(630) 262-3728
Email: rj@konicekdillonlaw.com

Attorney for John P. DeRose

## CERTIFICATE OF SERVICE

TO:    Stephen R. Miller           James Dougherty
         Kevin P. Noll              Brian Bare
         Logan K. Sweeney        Whitt Law Firm
         Robbins Schwartz, Ltd.    70 S. Constitutional Drive
         190 S. LaSalle Street      Aurora, IL 60506
         Suite 2550
         Chicago, IL 60603

I, Ramses Jalalpour, Attorney for John P. DeRose, hereby certifies that on February 10, 2026, I filed ATTORNEY JOHN DEROSE'S RESPONSE TO COURT'S ORDER FOR RULE TO SHOW CAUSE using the Court's electronic filing system and the attorneys of record will receive a copy of the document because they are registered as attorneys of record in the case.

Respectfully submitted,

/ s/ Ramses Jalalpour
Ramses Jalalpour
ARDC No. 6313128
Konicek & Dillon, P.C.
70 W. Madison St., Suite 2060
Chicago, IL 60602
Email: rj@konicekdillonlaw.com

Attorney for John P. DeRose